# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| KESHA ROBINSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:15-CV-0323-ELR |
| | * | |
| GENERAL SOLUTIONS | * | |
| ASSOCIATES, LLC, | * | |
| | * | |
| Defendant. | * | |

_____

# O R D E R

_____

On March 6, 2015, the parties to this action filed a Consent Motion to Stay Proceedings (Doc. No. 8) informing the Court that they have agreed to submit the underlying claims to binding arbitration. Accordingly, for good cause shown, this case is **STAYED** while Plaintiff's claims are arbitrated. While the Court does not wish to prejudice the parties, it is reluctant to allow this case to languish inactive for such an extended period of time.[1] It is therefore **ORDERED** that this action be **ADMINISTRATIVELY CLOSED.** When the arbitration has concluded, the Court will reopen this case upon motion made by any party.

---

[1] The Court enjoys the authority "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for the litigants." Landis v. North American Co., 299 U.S. 248, 254 (1936).

**SO ORDERED**, this 9th day of March, 2015.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia